NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ALLYN TURNOFSKY, individually and on behalf of others similarly situated, | |
| Plaintiff, | Civ. No. 19-18400 |
| v. | **ORDER** |
| ELECTROCORE, INC. *et al.*, | |
| Defendants. | |

THOMPSON, U.S.D.J.

For the reasons set forth in this Court's Opinion on this same day,

IT IS, on this 24th day of April, 2020,

ORDERED that the Motions to Consolidate filed by Plaintiffs Brian R. Garcia (ECF No. 3), Erwin Yuson (ECF No. 4), James and Justin Priewe (ECF No. 5), and Carole Tibbs (ECF No. 6) are MOOT; and it is further

ORDERED that the Motions to Appoint Lead Plaintiff and Approve Selection of Lead Counsel and Liaison Counsel filed by Plaintiff Brian R. Garcia (ECF No. 3) are DENIED; and it is further

ORDERED that the Motions to Appoint Lead Plaintiff and Approve Selection of Lead Counsel filed by Plaintiff Erwin Yuson (ECF No. 4) are MOOT; and it is further

ORDERED that the Motions to Appoint Lead Plaintiff and Approve Selection of Lead Counsel filed by Plaintiffs James and Justin Priewe (ECF No. 5) are DENIED; and it is further

ORDERED that the Motion to Appoint Lead Plaintiff filed by Plaintiff Carole Tibbs

1

(ECF No. 6) is GRANTED IN PART and DENIED IN PART; and it is further

ORDERED that the Motion to Approve Selection of Lead Counsel filed by Plaintiff

Carole Tibbs (ECF No. 6) is GRANTED; and it is further

ORDERED that Plaintiff Carole Tibbs is appointed Lead Plaintiff on behalf of the

putative class in this action; and it is further

ORDERED that the law firm Bragar Eagel & Squire, P.C. is appointed Lead Counsel for

the putative class in this action.

/s/ Anne E. Thompson
ANNE E. THOMPSON, U.S.D.J.