<u>NOT FOR PUBLICATION</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| ALLYN TURNOFSKY, individually and on behalf of others similarly situated, | |
| Plaintiff, | Civ. No. 19-18400 |
| v. | **ORDER** |
| ELECTROCORE, INC. *et al.*, | |
| Defendants. | |

THOMPSON, U.S.D.J.

For the reasons stated in this Court's Opinion on this same day,

IT IS, on this 13th day of August, 2021,

ORDERED that the Motion to Strike Certain Documents Attached to and Referenced in Defendants' Motion to Dismiss filed by Lead Plaintiff Carole Tibbs ("Plaintiff") (ECF No. 48) is GRANTED IN PART and DENIED IN PART; and it is further

ORDERED that Defendant electroCore, Inc.'s 2019 Form 10-K (ECF No. 42-5) and the U.S. Food and Drug Administration's Emergency-Use Authorization of gammaCore (ECF No. 42-6) are STRICKEN; and it is further

ORDERED that the Motion to Dismiss filed by Defendants (ECF No. 42) is GRANTED; and it is further

ORDERED that the Amended Complaint (ECF No. 31) is DISMISSED; and it is further

ORDERED that Plaintiff is granted leave to amend the Amended Complaint to cure the deficiencies identified in the Court's accompanying Opinion within thirty (30) days of the entry

1

of this Order, in accordance with Local Civil Rule 15.1(b).

*/s/ Anne E. Thompson*
ANNE E. THOMPSON, U.S.D.J.