# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALLYN TURNOFSKY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ELECTROCORE, INC., FRANCIS R. AMATO, GLENN S. VRANIAK, BRIAN POSNER, CARRIE S. COX, MICHAEL G. ATIEH, JOSEPH P. ERRICO, NICHOLAS COLUCCI, THOMAS J. ERRICO, TREVOR J. MOODY, MICHAEL W. ROSS, DAVID M. RUBIN, JAMES L.L. TULLIS, STEPHEN L. ONDRA, CORE VENTURES II, LLC, CORE VENTURES IV, LLC, EVERCORE GROUP L.L.C., CANTOR FITZGERALD & CO., JMP SECURITIES LLC, and BTIG, LLC,<br><br>Defendants. | Civil Action: 19-cv-18400 (ZNQ) (TJB) |

## FINAL JUDGMENT OF DISMISSAL

On July 13, 2023, this Court issued an Opinion (ECF No. 68) and Order (ECF No. 69) granting Defendants' motion to dismiss (ECF No. 63) Lead Plaintiff's Second Amended Complaint (ECF No. 60), dismissing Lead Plaintiff's Second Amended Complaint without prejudice, and granting Lead Plaintiff leave to file a

third amended complaint within thirty (30) days from the Order. The Order further stated that failure to file a third amended complaint would result in the matter being dismissed with prejudice.

On August 11, 2023, Lead Plaintiff filed a letter notice informing the Court that Lead Plaintiff would not be filing a third amended complaint. ECF No. 70.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action be, and hereby is, dismissed.

**IT IS OS ORDERED.**

DATED: 8/24/2023

HONORABLE ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE