UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

No. 23-2655

---

CAROLE TIBBS,
Appellant

v.

ELECTROCORE, INC.; FRANCIS R. AMATO;
GLENN S. VRANIAK; BRIAN POSNER;
CARRIE S. COX; MICHAEL G. ATIEH;
JOSEPH P. ERRICO; NICHOLAS COLUCCI;
THOMAS J. ERRICO; TREVOR J. MOODY;
MICHAEL W. ROSS; DAVID M. RUBIN;
JAMES L.L. TULLIS; STEPHEN L. ONDRA;
CORE VENTURES II, LLC.; CORE VENTURES IV, LLC.;
EVERCORE GROUP, LLC.; CANTOR FITZGERALD & CO.;
JMP SECURITRIES, LLC.; BTIG, LLC.

---

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 3:19-cv-18400)
District Judge: Honorable Zahid N. Quraishi

---

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
on October 29, 2024

---

Before: CHAGARES, *Chief Judge*, PORTER, and CHUNG, *Circuit Judges.*

---

JUDGMENT

---

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted on October 29, 2024. On consideration whereof, it is now

ORDERED and ADJUDGED by this Court that the District Court's order dated August 24, 2023, is hereby AFFIRMED. All of the above in accordance with the Opinion of this Court. Costs shall be taxed against the appellant.

ATTEST:

s/Patricia S. Dodszuweit
Clerk

Dated: December 5, 2024

**Certified as a true copy and issued in lieu of a formal mandate on** 12/27/24

**Teste:**

**Clerk, U.S. Court of Appeals for the Third Circuit**